# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arnold, Morris S. | 8th U S Circuit Ct of Appeals | 06/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge--Senior | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol Ave., Suite C-150
Little Rock, AR 72201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2019 | University of Arkansas, author's royalties | $604.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simmons Bank - Account 1 | A | Interest | J | T | | | | | |
| 2. Simmons Bank - Account 2 | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Mineral Interests - Various Lands in Texas (H) | | | | | | | | | |
| 5. Southland Champion Mineral, Morgan Keegan, Lufkin, TX | C | Royalty | K | W | | | | | |
| 6. Grayburg Mineral Account, Morgan Keegan, Lufkin, TX | A | Royalty | J | W | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Clearing Services, LLC - Account 1 (H) | | | | | | | | | |
| 9. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 10. Gabelli Equity Trust GAB (X) | A | Dividend | | | Sold | 06/21/19 | J | A | |
| 11. Norfolk Southern Corp NSC | C | Dividend | M | T | | | | | |
| 12. Simmons 1st Natl Corp CL A $5 Par SFNC | C | Dividend | M | T | | | | | |
| 13. First Trust Val LN TGT SAFE 30 2Q 19 MO RE | A | Dividend | K | T | Buy | 06/30/19 | J | | |
| 14. | | | | | | | | | |
| 15. Wells Fargo Clearing Services, LLC - Account 2 (H) | | | | | | | | | |
| 16. Dillards Inc CL A DDS | A | Dividend | K | T | | | | | |
| 17. Mattel Incorporated MAT | | None | | | Sold | 6/30/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Wells Fargo & CO New WFC | | None | | | Sold | 06/30/19 | J | A | |
| 19. MFS Core Equity Fund CL A MRGAX | A | Dividend | K | T | Sold<br>(part) | 12/04/19 | J | A | |
| 20. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 21. Gabelli Equity Trust GAB | A | Dividend | | | Sold | 06/21/19 | J | A | |
| 22. Gabelli GLBL Heathcare & Wellness RX GRX | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 23. Liberty All-Star Equity Fund SH BEN INT USA | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 24. First Trust Val LN TGT Safe 30 2Q19 MO RE | A | Dividend | J | T | Buy | 06/30/19 | J | | |
| 25. | | | | | | | | | |
| 26. TIAA-CREF - Account 1 (H) | | | | | | | | | |
| 27. TIAA Traditional | D | Dividend | M | T | Sold<br>(part) | 12/16/19 | J | A | |
| 28. TIAA Real Estate | B | Dividend | K | T | Sold<br>(part) | 12/16/19 | J | A | |
| 29. CREF Bond Market R3 | D | Dividend | L | T | Sold<br>(part) | 12/16/19 | J | A | |
| 30. CREF Stock R3 | E | Dividend | L | T | Sold<br>(part) | 12/16/19 | J | A | |
| 31. CREF Inf-Linked Bond R3 | A | Dividend | J | T | Sold<br>(part) | 12/16/19 | J | A | |
| 32. CREF Global Equities R3 | E | Dividend | L | T | Sold<br>(part) | 12/16/19 | J | A | |
| 33. T-C Intl Eq-Inst | C | Dividend | K | T | Sold<br>(part) | 12/16/19 | J | A | |
| 34. T-C Lg-Cap Val-Inst | | None | | | Sold | 06/30/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T-C Mid-Cap Val-Inst | | None | | | Sold | 06/30/19 | K | A | |
| 36. T-C Sm-Cap Eq-Inst | D | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 37. Vang Mid-Cap Idx Ins | C | Dividend | K | T | Buy | 06/30/19 | K | | |
| 38. | | | | | Sold (part) | 12/16/19 | J | A | |
| 39. Vang Value Index Inst | D | Dividend | L | T | Buy | 06/30/19 | K | | |
| 40. | | | | | Sold (part) | 12/16/19 | J | A | |
| 41. | | | | | | | | | |
| 42. TIAA-CREF - Account 2 (H) | | | | | | | | | |
| 43. TIAA Traditional | C | Dividend | M | T | Sold (part) | 12/16/19 | J | A | |
| 44. TIAA Real Estate | B | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 45. CREF Bond Market R3 | B | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 46. CREF Stock R3 | C | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 47. CREF Global Equities R3 | C | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 48. AM FDS Wash Mutual R5 | D | Dividend | L | T | Sold (part) | 12/16/19 | J | A | |
| 49. T-C Bond-Inst | C | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 50. T-C Infl-Lnkd Bond-Inst | A | Dividend | J | T | Sold (part) | 12/16/19 | J | A | |
| 51. AF EuroPacific Growth R5 | C | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T-C Bond Index-Inst | B | Dividend | J | T | Sold (part) | 12/16/19 | J | A | |
| 53. T-C Mid-Cap Val-Inst | D | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 54. T-C Sm-Cap Eq-Inst | D | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 55. T-C Intl Eq Idx-Inst | D | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 56. T-C S&P 500 Idx-Inst | D | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 57. T-C Gr & Inc-Inst | D | Dividend | K | T | Sold (part) | 12/16/19 | J | A | |
| 58. | | | | | | | | | |
| 59. TIAA-CREF - Account 3 (H) | | | | | | | | | |
| 60. CREF Global Equities R3 | D | Dividend | L | T | Sold (part) | 12/16/19 | J | A | |
| 61. | | | | | | | | | |
| 62. TIAA-CREF - Account 4 (H) | | | | | | | | | |
| 63. TIAA-CREF Managed Allocation Fund - RTL | E | Dividend | N | T | Buy (add'l) | 12/18/19 | L | | |
| 64. | | | | | | | | | |
| 65. Simmons Bank - IRA | A | Int./Div. | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Stephens Inc. - Account 1 (H) | | | | | | | | | |
| 68. Federated Govt Oblig SS | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. American Funds Washington Mutual Fund Class F3 | A | Dividend | J | T | Buy (add'l) | 12/23/19 | J | | |
| 70. Amercian Funds New Perspective Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 71. American Funds Investment Co of America Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 72. American Funds Income Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 73. American Funds Growth Fund of America Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 74. American Funds Fundamental Investors Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 75. American Funds Capital World Growth and Income Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 76. American Funds American Mutual Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 77. American Funds High Income Trust Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 78. American Funds AMCAP Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 79. American Funds Bond Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 80. American Funds Capital Income Builder Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 81. American Funds Capital World Bond Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 82. American Funds Global Balanced Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 83. American Funds Inflation Linked Bond Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 84. American Funds Intermediate Bond Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 85. American Funds International Growth and Income Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. American Funds Mortgage Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 87. American Funds US Government Securities Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 88. American Funds Balanced Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 89. Dodge & Cox Income Fund | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 90. Fidelity Total Bond Fund | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 91. Vanguard Equity Income Fund Investor Class | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 92. Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | J | T | Sold (part) | 06/30/19 | K | A | |
| 93. Vanguard Small Cap - ETF | A | Dividend | J | T | Sold (part) | 06/30/19 | K | A | |
| 94. Vanguard Totl Stock Mkt Vipers | B | Dividend | L | T | Buy (add'l) | 06/30/19 | K | | |
| 95. Vanguard Total Bond Market - ETF | B | Dividend | K | T | Buy (add'l) | 06/30/19 | K | | |
| 96. Vanguard Whitehall FD High Dividend Yield ETF SHS | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 97. Vanguard Index FDS Vanguard Growth ETF | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 98. Vanguard Index FDS Vanguard Value ETF | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 99. Bank of America NA Death Put FDIC Cert 3510 | A | Dividend | | | Redeemed | 12/12/19 | J | A | |
| 100. Citibank NA Death Put FDIC Cert 7213 | A | Dividend | J | T | | | | | |
| 101. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |
| 102. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Goldman Sachs Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | | | | | |
| 104. Nebraskaland Natl BK North Platte NEB CTF DEP | | None | J | T | Buy | 12/19/19 | J | | |
| 105. | | | | | | | | | |
| 106. Stephens Inc. - Account 2 (H) | | | | | | | | | |
| 107. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 108. American Funds Intermediate Bond Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 109. American Funds Bond Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 110. American Funds High Income Trust Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 111. American Funds Mortgage Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 112. American Funds US Government Securities Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 113. American Funds Capital World Bond Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 114. American Funds Washington Mutual Fund Class F3 | A | Dividend | J | T | Buy (add'l) | 12/23/19 | J | | |
| 115. American Funds Investment Company of America Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 116. American Funds American Mutual Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 117. American Funds AMCAP Fund Class F1 | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 118. American Funds International Growth and Income Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 119. American Funds Income Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. American Funds Balanced Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 121. American Funds Growth Fund of America Class F1 | A | Dividend | J | T | Buy (add'l) | 12/23/19 | J | | |
| 122. American Funds Fundamental Investors Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 123. American Funds Capital World Growth and Income Fund | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 124. American Funds New Perspective Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 125. American Funds Global Balanced Fund Class F1 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 126. American Funds Capital Income Builder Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 127. American Funds Inflation Linked Bond Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 128. Dodge & Cox Income Fund | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 129. Fidelity Total Bond Fund | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 130. Vanguard Equity Income Fund Investor Class | A | Dividend | | | Sold | 06/30/19 | K | A | |
| 131. Vanguard Growth Vipers | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 132. Vanguard High Div Yield | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 133. Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 134. Vanguard Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 135. Vanguard Totl Stock Mkt Vipers | A | Dividend | L | T | Buy (add'l) | 06/04/19 | J | | |
| 136. Vanguard Value ETF | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. American Funds AMCAP Fund Class F3 | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 138. American Funds Growth Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 139. Vanguard Total Bond Market - ETF | A | Dividend | K | T | Buy (add'l) | 12/27/19 | J | | |
| 140. MUFG Union Bank NA Death Put FDIC Cert 22826 | A | Dividend | | | Sold | 11/06/19 | J | A | |
| 141. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |
| 142. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | | | | | |
| 143. Goldman Sachs Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | | | | | |
| 144. Goldman Sach Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | | | | | |
| 145. Goldman Sachs BK USA New York CTF DEP 2.050% | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 146. | | | | | | | | | |
| 147. Stephens Inc. - Account 3 (H) | | | | | | | | | |
| 148. Federated Govt Oblig SS (X) | A | Interest | J | T | | | | | |
| 149. Amercian Funds Income Fund of America Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 150. American Funds American Mutual Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 151. American Funds Balanced Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 152. American Funds Capital Income Builder Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 153. American Funds Global Balanced Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  American Funds Inflation Linked Bond Fund Class F3 | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 155.  Vanguard Growth Vipers | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 156.  Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 157.  Vanguard Small Cap ETF | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 158.  Vanguard Totl Stock Mkt Vipers | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 159.  Vanguard Value ETF | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 160.  Vanguard Total Bond Market - ETF | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 161.  Invesco Oppenheimer Discovery Fund Class R6 | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 162.  Invesco Oppenheimer Developing Markets Fund Class R6 | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 163.  Baird Core Plus Bond Fund Inst Class | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 164. | | | | | Sold (part) | 11/23/19 | J | A | |
| 165.  Blackrock Low Duratation Bond Portfolio Fund Institutional Class | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 166.  Fidelity Advisor New Insights Fund Class I | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 167.  JPMorgan Mid Cap Value Fund Class L | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 168.  Ivy International Core Equity Fund Class I | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 169.  Janus Henderson Enterprise Fund Class I | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 170.  Loomis Sayles Global Bond Fund Inst Class | A | Dividend | J | T | Buy | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Lord Abbet Floating Rate Fund Class F | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 172. | | | | | Sold<br>(part) | 12/23/19 | J | A | |
| 173. Mainstay Mackay Convertible Fund Class I | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 174. T Rowe Price Small Cap Value Fund Class I | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 175. T Rowe Price Value Fund Class I | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 176. Vanguard Index FDS Real Estate Index FD ETF | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 177. Vanguard Developed Markets Index Fund Admiral Class 5 | A | Dividend | | | Buy | 11/06/19 | J | | |
| 178. | | | | | Sold | 12/23/19 | J | A | |
| 179. T Rowe Price Equity Fund Class I | A | Dividend | | | Buy | 11/06/19 | J | | |
| 180. | | | | | Sold | 12/23/19 | J | A | |
| 181. Stephens Inc. - Account 4 (H) | | | | | | | | | |
| 182. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 183. Wells Fargo & Company | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 184. Microsoft Corp | A | Dividend | K | T | | | | | |
| 185. Dominion Resources Inc / VA | A | Dividend | | | Sold | 03/21/19 | J | C | |
| 186. Halliburton Company | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 187. Procter & Gamble Company | A | Dividend | | | Sold | 03/21/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arnold, Morris S.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. HCP, Inc. | A | Dividend | | | Sold | 03/21/19 | J | A | |
| 189. General Electric Company | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 190. Alibab Group Holding LTD Sponsored ADR | A | Dividend | K | T | | | | | |
| 191. Amazon.com Inc. | A | Dividend | L | T | | | | | |
| 192. Apple Inc. | A | Dividend | K | T | | | | | |
| 193. Lowes Companies Incorporated | A | Dividend | J | T | | | | | |
| 194. Quality Care Properties | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 195. Netflix Inc. | A | Dividend | | | Sold | 06/30/19 | J | A | |
| 196. Celegene Corporation | A | Dividend | | | Sold | 11/21/19 | J | B | |
| 197. Bristol Myers Squibb CO Com | A | Dividend | J | T | Buy | 11/21/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 06/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morris S. Arnold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544